1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV 89101
   Telephone: (702) 252-3131
5  E-Mail Address: smahoney@fisherphillips.com
   Attorney for Defendant
6

7              **UNITED STATES DISTRICT COURT**

8                   **DISRICT OF NEVADA**

9  REGINA YOUNG, an individual;        )   Case No: 2:23-cv-02113-JAD-EJY
10                                      )
           Plaintiff,                   )   **STIPULATION AND ORDER TO**
11                                      )   **EXTEND TIME TO RESPOND TO**
       vs.                              )   **COMPLAINT**
12                                      )        **(First Request)**
   NP SUNSET, LLC d/b/a SUNSET          )
13 STATION HOTEL & CASINO, a            )
   Domestic Limited Liability Company;  )
14                                      )
15         Defendants.                  )
                                        )
16 ─────────────────────────────

17         IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

18 record that Defendant, NP Sunset, LLC dba Sunset Station Hotel & Casino, will have

19 up to and including February 24, 2024, to answer or to otherwise respond to Plaintiff's

20 Complaint (ECF No. 1).  This is the first request for an extension of this deadline.

21 Defense counsel needs additional time to review the facts of this matter because of the

22

23

24

25

26

27

28

FP 49513468.1

- 1 -

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1  history associated with the matter and events and deadlines in other cases.

| FISHER & PHILLIPS, LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* | By: /s/ Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>703 S. Eighth Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2024

- 2 -

FP 49513468.1