FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISRICT OF NEVADA

| | |
|---|---|
| REGINA YOUNG, an individual; | Case No: 2:23-cv-02113-JAD-EJY |
| Plaintiff, | **JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | **SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |
| NP SUNSET, LLC d/b/a SUNSET STATION HOTEL & CASINO, a Domestic Limited Liability Company; | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 26(f) and L.R. 26-1, the parties submit the following proposed Discovery Plan and Scheduling Order.

(1)     **Initial Disclosures**. The parties will make their Initial Disclosures by March 25, 2024.  No changes in the form or requirement for such disclosures are necessary.

(2)     **Discovery Cutoff Date**. The discovery period will close on August 21, 2024, which is one hundred and eighty (180) days from the date of the filing of Defendant's Answer.

(3)     **Amending the Pleadings and Adding Parties**. The date for filing motions to amend the pleadings or to add parties shall be on or before May 23, 2024 which is not later than ninety (90) days prior to the close of discovery.

(4)     **Expert Witness Disclosures**. The disclosure of any expert witnesses shall be made on or before June 21, 2024, which is not less than sixty (60) days before

FP 49841399.1

1  the discovery deadline. The disclosures of any rebuttal experts shall be due on or before
2  July 22, 2024.  The requirements of Fed. R. Civ. P. 26(a)(2)(B) shall apply to any such
3  disclosures.

4      (5)    **Dispositive Motions**. Dispositive motions shall be filed by September
5  20, 2024, which is thirty (30) days after the discovery cut-off date.

6      (6)    **Pre-Trial Order**. The Joint Pretrial Order shall be filed no later than
7  thirty (30) days after the date set for filing dispositive motions, which is October 21,
8  2024.  However, if dispositive motions are filed, the date for filing the Joint Pretrial
9  Order shall be suspended until thirty (30) days after a decision on the dispositive
10 motions or further order of the Court.

11     (7)    **Fed. R. Civ. P. 26(a)(3) Disclosures.** The disclosures required by Fed. R.
12 Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

13     (8)    **Discovery Subjects**.  The parties may conduct discovery within the
14 scope of Fed. R. Civ. P. 26(b).  Subject to the foregoing, discovery need not be limited
15 or focused on particular issues or conducted in phases.

16     (9)    **Consent to Magistrate.** In compliance with L.R. 26-1(b)(8), the parties
17 have considered consenting to the assigned Magistrate Judge under 28 U.S.C. § 636(c) and
18 Fed. R. Civ. P. 73 and use of the Short Trial Program (General Order 2013-01).

19     (10)    **Electronically Stored Information ("ESI")**. The parties recognize that
20 electronically stored information may be involved in this matter and prefer to deal with
21 such information on an ad hoc basis as issues may arise.  The parties have discussed
22 whether they intend to present evidence in electronic format to jurors for the purpose of
23 jury deliberations, but no stipulations have been reached at this time regarding
24 providing discovery in an electronic format compatible with the Court's electronic jury
25 evidence display system.

26     (11)    **Protection of Privileged/Trial Preparation Material**.  The parties
27 prefer to handle these issues on an ad hoc basis as issues arise, but the provisions of
28 Fed. R. Civ. P. 26(b)(5)(B) and FRE R. 502 shall apply.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

(12) **Alternative Forms of Case Disposition.** The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and early neutral evaluation. An ENE is to be scheduled in this case.

(13) **Extension or Modification of Discovery Plan and Scheduling Order.** Any stipulation or motion for modification or extension of any deadline set forth in this Discovery Plan and Scheduling Order must be made pursuant to L.R. 26-3 and be supported by a showing of good cause, no later than twenty-one (21) days before the expiration of the deadline the parties seek to extend.

| FISHER & PHILLIPS, LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants | By: /s/ Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>703 S. Eighth Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 8, 2024

- 3 -

FP 49841399.1