FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISRICT OF NEVADA**

| | |
|---|---|
| REGINA YOUNG, an individual, | Case No: 2:23-cv-02113-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISMISSAL** |
| vs. | **(First Request)** |
| NP SUNSET, LLC d/b/a SUNSET STATION HOTEL & CASINO, a Domestic Limited Liability Company, | |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the parties will have up to and including June 28, 2024 to submit a Stipulation and Order for Dismissal. The is the first request for an extension. A settlement agreement has been drafted, but the parties are still finalizing their

FP 50854414.1

settlement.

| FISHER & PHILLIPS, LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | By: /s/ Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>703 S. Eighth Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2024