1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street, Suite 1500
   Las Vegas, NV  89101
4  Telephone: (702) 252-3131
   E-Mail Address:  smahoney@fisherphillips.com
5  Attorney for Defendant

6

**UNITED STATES DISTRICT COURT**

7

**DISRICT OF NEVADA**

8

| | | |
|---|---|---|
| 9 | REGINA YOUNG, an individual, ) | Case No: 2:23-cv-02113-JAD-EJY |
| 10 | Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISMISSAL** |
| 11 | vs. ) | |
| 12 | ) | **(Second Request)** |
| 13 | NP SUNSET, LLC d/b/a SUNSET STATION HOTEL & CASINO, a Domestic Limited Liability Company, ) ) ) | |
| 14 | ) | |
| 15 | Defendants. ) | |

16      IT IS HEREBY STIPULATED AND AGREED by and between the parties'

17  counsel of record that the parties will have up to and including July 22, 2024 to submit a

18  Stipulation and Order for Dismissal.  The is the second request for an extension.  A

19  settlement agreement has essentially been finalized, but Plaintiff's counsel is out of the

20

21

22

23

24

25

26

27

28

FP 51112106.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

office until July 8, 2024.

| FISHER & PHILLIPS, LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | By: /s/ Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>703 S. Eighth Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 28, 2024

- 2 -

FP 51112106.1