FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISRICT OF NEVADA

| | |
|---|---|
| REGINA YOUNG, an individual, | Case No: 2:23-cv-02113-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISMISSAL** |
| vs. | **(Third Request)** |
| NP SUNSET, LLC d/b/a SUNSET STATION HOTEL & CASINO, a Domestic Limited Liability Company, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the parties will have up to and including August 12, 2024, to submit a Stipulation and Order for Dismissal.  This is the third request for an extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FP 51626796.1

1  Defense counsel had a discussion with Plaintiff's office on July 19 and are trying to
2  finalize the settlement details.
3        Dated this 22nd day of July, 2024.

4    FISHER & PHILLIPS, LLP        HATFIELD & ASSOCIATES, LTD.

6  By: /s/ Scott M. Mahoney        By: /s/ Trevor J. Hatfield
   Scott M. Mahoney, Esq.         Trevor J. Hatfield, Esq.
7  300 S. Fourth Street, Suite 1500    703 S. Eighth Street
   Las Vegas, Nevada 89101        Las Vegas, NV 89101
8  Attorneys for Defendant          Attorneys for Plaintiff

9                          IT IS SO ORDERED:

11                      UNITED STATES MAGISRATE JUDGE

12                      Dated: July 24, 2024

FP 51626796.1