1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
   300 S. Fourth Street, Suite 1500
3  Las Vegas, NV  89101
4  Telephone: (702) 252-3131
   E-Mail Address:  smahoney@fisherphillips.com
5  Attorney for Defendant

6

**UNITED STATES DISTRICT COURT**

7

**DISRICT OF NEVADA**

8

| | |
|---|---|
| 9  REGINA YOUNG, an individual, ) | Case No: 2:23-cv-02113-JAD-EJY |
| ) | |
| 10                     Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **RESCHEDULE HEARING RE:** |
| 11    vs. ) | **ENFORCEMENT OF** |
| ) | **SETTLEMENT AGREEMENT** |
| 12  NP SUNSET, LLC d/b/a SUNSET ) | **(First Request)** |
|       STATION HOTEL & CASINO, a ) | |
| 13  Domestic Limited Liability Company, ) | |
| ) | |
| 14                  Defendants. ) | |
| 15  _____ ) | |

16       IT IS HEREBY STIPULATED AND AGREED by and between the parties'

17 counsel of record that the hearing currently scheduled for August 19, 2024 at 11:00 a.m.

18 (ECF No. 23) be rescheduled because the Defendant's representative is currently

19 scheduled to be out of town for a medical appointment at that time.  This is the first

20 request for an extension.  Counsel have conferred and have the following alternative

21

22 dates available: August 20, August 21, September 3 and September 6, 2024.  The

23 parties will file their Stipulation Re: Enforcing the Settlement Agreement at least 5 days

24 before the new hearing date.

25

26

27

28

FP 51827583.1

- 1 -

| FISHER & PHILLIPS, LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | By: /s/ Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>703 S. Eighth Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

IT IS ORDERED that the new hearing date shall be August 21, 2024 at 11:00am in Courtroom 3D.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
Dated: 8/13/2024

FP 51827583.1

- 2 -