1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street, Suite 1500
   Las Vegas, NV  89101
4  Telephone: (702) 252-3131
   E-Mail Address:  smahoney@fisherphillips.com
5  Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISRICT OF NEVADA

| | |
|---|---|
| REGINA YOUNG, an individual, | Case No: 2:23-cv-02113-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISMISSAL** |
| vs. | **(Fourth Request)** |
| NP SUNSET, LLC d/b/a SUNSET STATION HOTEL & CASINO, a Domestic Limited Liability Company, | |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the parties will have up to and including September 13, 2024, to submit a Stipulation and Order for Dismissal.  This is the fourth request for an extension.  The parties have signed a Settlement Agreement, but more time is needed to

///

///

///

///

///

///

///

FP 52049568.1

consummate the terms of the agreement.

| FISHER & PHILLIPS, LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | By: /s/ Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>703 S. Eighth Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 08-30-24

FP 52049568.1