FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISRICT OF NEVADA

| | | |
|---|---|---|
| REGINA YOUNG, an individual, | ) | Case No: 2:23-cv-02113-JAD-EJY |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | ) ) | |
| NP SUNSET, LLC d/b/a SUNSET STATION HOTEL & CASINO, a Domestic Limited Liability Company, | ) ) ) ) | ECF No. 31 |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| FISHER & PHILLIPS, LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: */s/* Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants | By: */s/* Trevor J. Hatfield<br>Trevor J. Hatfield, Esq.<br>703 S. Eighth Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

## ORDER

Based on the parties' stipulation [ECF No. 31] and good cause appearing, **IT IS HEREBY ORDERED** that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 11, 2024